**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>RALEIGH F CARTER JR<br>KAREN J CARTER<br>731 CAMBRIDGE LN<br>LUGOFF, SC  29078-9434<br><br>         DEBTORS<br><br>SS#1: XXX-XX-5704   SS#2: XXX-XX-5700 | CHAPTER 13<br><br>CASE NO.:  13-02552-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Pamela Simmons-Beasley, Trustee for the above referenced case is Check No. 1060409 in the amount of $1,513.64 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:        Raleigh F. Carter Jr. & Karen J. Carter
REASON FOR RETURN:    Failure to Clear
AMOUNT:               $1,513.64


Date: October 10, 2018

/s/  Pamela Simmons-Beasley, Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC  29210
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>RALEIGH F CARTER JR<br>KAREN J CARTER<br>102 17th Street<br>West Columbia, SC  29169<br><br>DEBTORS<br><br>SS#1: XXX-XX-5704   SS#2: XXX-XX-5700 | CHAPTER 13<br><br>CASE NO.:   13-02552-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Pamela Simmons-Beasley, Trustee for the above referenced case is Check No. 1060409 in the amount of $1,513.64 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:         Raleigh F. Carter Jr. & Karen J. Carter
REASON FOR RETURN:     Failure to Clear
AMOUNT:                $1,513.64

Date: October 10, 2018

/s/  Pamela Simmons-Beasley, Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC  29210
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net